Estill BROWN, Movant, v. COMMONWEALTH of Kentucky, Opposed.

Court of Appeals of Kentucky.

May 26, 1942.

Roy W. House for movant.

Hubert Meredith, Attorney General, and Wm. F. Neil, and A. E. Funk, Assistant Attorneys General, for the Commonwealth.

PER CURIAM.

Appeal denied; judgment affirmed.

Ira DRYMON et al., Movants, v. R. N. BLACKBURN, Jr., and Woodside Improvement Company, Opposed.

Court of Appeals of Kentucky.

May 29, 1942.

J. Owen Reynolds for movant.

William B. Gess, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

J. D. GROSS et al., Movant, v. Russell DYCHE, etc., et al., Opposed.

Court of Appeals of Kentucky.

May 29, 1942.

See, also, 283 Ky. 484, 141 S. W. (2d) 877.

C. R. Luker for movant.

William A. Hamm and Murray L. Brown opposed.

PER CURIAM.

Motion overruled; judgment affirmed.